## *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 540
New York, NY 10165

Ph:(212) 317-1200     Fax:(212) 317-1620

Jose Almanzar                                                   March 9, 2016

|              |         | File #: | Capri   |
|--------------|---------|---------|---------|
| **Attention:** |       | Inv #:  | Sample  |

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-23-14 | Meeting with client - intake and retainer | 1.40 | 630.00 | MF |
| Sep-25-14 | Research - Searched the Corporation & Business Entity Database | 1.80 | 810.00 | MF |
| Sep-26-14 | Drafted complaint | 3.80 | 1,710.00 | MF |
| Sep-27-14 | Telephone call to client - revised complaint | 0.25 | 112.50 | MF |
| Sep-29-14 | Finalized and filed complaint- sdny | 2.50 | 1,125.00 | MF |
| Sep-30-14 | Telephone call from client | 0.10 | 45.00 | MF |
| Nov-12-14 | call with court; draft and file request for adjournment of initial conference | 0.50 | 200.00 | JA |
| Nov-25-14 | review docket and draft certificates of default | 0.30 | 120.00 | JA |
|  | draft and file request for adjournment of initial conference due to defendant failure to appear | 0.20 | 80.00 | JA |
| Dec-01-14 | review docket | 0.10 | 40.00 | JA |
| Jan-29-15 | draft joint letter and case management plan | 0.60 | 240.00 | JA |
| Jan-30-15 | finalzie and file joint letter and proposed case management plan | 0.20 | 80.00 | JA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Feb-05-15 | draft damages chart, prepare for initial conference | 0.40 | 160.00 | JA |
| Feb-06-15 | attend pretrial conference | 1.20 | 480.00 | JA |
| Feb-27-15 | attend and travel to initial conference | 1.20 | 480.00 | JA |
| Mar-17-15 | draft and serve initial disclosures | 0.30 | 120.00 | JA |
| Apr-28-15 | email V. Molina and B. Sharav re Manuel Vidal status | 0.10 | 40.00 | JA |
| May-06-15 | draft and file joint status letter; meet with J Sanchez re status, default judgment motion | 1.00 | 400.00 | JA |
| May-07-15 | prepare for initial conference | 0.20 | 80.00 | JA |
| May-08-15 | prepare for and attend status conference | 0.80 | 320.00 | JA |
| May-13-15 | Meeting with plaintiff Jose Almanzar to prepare his declaration in support of the motion for default to be filed by May 22nd. | 1.00 | 300.00 | JS |
| Oct-15-15 |  | 0.20 | 80.00 | JA |
| Oct-16-15 | prepare for and attend status conference | 1.00 | 400.00 | JA |
| Dec-15-15 | Meeting with client to go over status of the case, explain default motion and revise his declaration. | 0.50 | 150.00 | JS |
| Jan-07-16 | Drafted and filed notice of voluntary dismissal for Jacinto Diaz | 0.20 | 60.00 | JS |
| Jan-29-16 | Prepared for and attended show cause hearing. Defendants did not appear and default was granted. | 1.50 | 450.00 | JS |
| Mar-07-16 | Drafted Plaintiffs proposed findings of fact and conclusions of law. Revised damages chart. | 3.00 | 900.00 | JS |
| | Totals | 24.35 | $9,612.50 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 400.00 |
| Oct-22-14 | Process Server | 75.00 |

|  |  |  |
|---|---|---|
| Process Server |  | 75.00 |
| Process Server |  | 75.00 |
| Totals |  | $625.00 |
| **Total Fee & Disbursements** |  | **$10,237.50** |
| **Balance Now Due** |  | **$10,237.50** |

TAX ID Number     20-1211098